UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL WILLIAMS,**

      **Plaintiff,**

v.   Case No. 6:23-cv-2340-ACC-DCI

**STIDHAM MEDIA GROUP HOLDINGS LLC AND ROCHELLE E STIDHAM,**

      **Defendants.**

## ORDER

This cause is before the Court on the Second Joint Motion to Approve FLSA Settlement and for Dismissal of All Claims With Prejudice (Doc. 29) filed on November 13, 2024.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and the case be dismissed with prejudice.

After an independent *de novo* review of the record in this, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 14, 2025 (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

- 2 -

2. Second Joint Motion to Approve FLSA Settlement and for Dismissal of All Claims With Prejudice (Doc. 29) is hereby **GRANTED in part**. The confidentiality provision in the parties' Agreement is **STRICKEN**. The Court finds the remainder of the Agreement (Doc. 29-1) to be a "fair and reasonable resolution" of a bona fide dispute under the Fair Labor Standards Act pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982).

3. The case is **DISMISSED with prejudice**.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 14, 2025.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record